IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JUVENON, INC.,

        Plaintiff,

  v.

VITACOST.COM, INC,

        Defendant.
                                        /

No. C 04-04804 SI

**ORDER RE: DISCOVERY AND SETTING STATUS CONFERENCE**

By letter briefs,[1] the parties have submitted a dispute regarding plaintiff's first set of interrogatories. The Court has reviewed the interrogatories and finds that they are appropriate, as the patent describes the combination of at least 250 mg of Alpha Lipoic Acid with at least 250 mg of Aceytl-L Carnitine per unit. Additionally, the Court finds that the request for information since 1995 is not excessive. Therefore, the Court ORDERS defendant to respond to plaintiff's first set of interrogatories.[2]

A hearing on defendant's motion to dismiss is currently scheduled for 9:00 a.m. on July 15, 2005. **The Court will conduct a status conference to discuss scheduling and outstanding discovery issues at 2:30 p.m. on July 15, 2005.**

**IT IS SO ORDERED.**

Dated: July 6, 2005

                                                    SUSAN ILLSTON
                                                    United States District Judge

---

[1] Plaintiff filed its brief on June 21, 2005. Defendant filed its opposition on June 23, 2005.

[2] The parties recently submitted and the Court recently signed a Protective Order covering production of confidential documents. The Court expects document production to proceed promptly.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JUVENON, INC.,

    Plaintiff,

  v.

VITACOST.COM, INC,

    Defendant.
                                     /

No. C 04-04804 SI

**ORDER RE: DISCOVERY AND SETTING STATUS CONFERENCE**

By letter briefs,[1] the parties have submitted a dispute regarding plaintiff's first set of interrogatories. The Court has reviewed the interrogatories and finds that they are appropriate, as the patent describes the combination of at least 250 mg of Alpha Lipoic Acid with at least 250 mg of Aceytl-L Carnitine per unit. Additionally, the Court finds that the request for information since 1995 is not excessive. Therefore, the Court ORDERS defendant to respond to plaintiff's first set of interrogatories.[2]

A hearing on defendant's motion to dismiss is currently scheduled for 9:00 a.m. on July 15, 2005. **The Court will conduct a status conference to discuss scheduling and outstanding discovery issues at 2:30 p.m. on July 15, 2005.**

**IT IS SO ORDERED.**

Dated: July 6, 2005

                                                                            SUSAN ILLSTON
                                                                            United States District Judge

---

[1] Plaintiff filed its brief on June 21, 2005. Defendant filed its opposition on June 23, 2005.

[2] The parties recently submitted and the Court recently signed a Protective Order covering production of confidential documents. The Court expects document production to proceed promptly.