IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUVENON INC, | No. C 04-04804 SI |
| Plaintiff, | **ORDER DENYING DEFENDANT'S MOTION TO DISMISS AS MOOT** |
| v. | |
| VITACOST.COM INC, | |
| Defendant. | |

The parties have agreed to add The Regents as a co-plaintiff to this action. Therefore, the Court DENIES defendant's motion to dismiss as moot. Plaintiff is instructed to add The Regents as co-plaintiff.

**IT IS SO ORDERED**.

Dated: 7/15/05

SUSAN ILLSTON
United States District Judge