UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JUVENON, INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>VITACOST.COM, INC., a Delaware Corporation,<br><br>Defendant. | Case No.   C04 4804 SI<br><br>**[PROPOSED] ORDER JOINING THE REGENTS OF THE UNIVERSITY OF CALIFORNIA AS A PARTY-PLAINTIFF**<br><br>Date:      July 15, 2005<br>Time:      9:00 a.m.<br>Location:  Courtroom 10, 19th Floor<br>Honorable Susan Illston |

This matter comes before the Court as a result of the disposition of Vitacost.com, Inc.'s ("Vitacost") Motion to Dismiss for Lack of Subject Matter Jurisdiction and Standing. Upon agreement of Counsel for Plaintiff Juvenon, Inc. ("Juvenon") and The Regents of the University of California, by order of the Court,

IT IS HEREBY ORDERED that, pursuant to Federal Rule of Civil Procedure 19(a), The Regents of the University of California are hereby joined in this action as a party-plaintiff.

Dated: _____, 2005

_____
SUSAN ILLSTON
United States District Judge

*IT IS SO ORDERED*
/s/ Susan Illston
Judge Susan Illston

[PROPOSED] ORDER JOINING THE REGENTS OF THE UNIVERSITY OF CALIFORNIA AS A PARTY-PLAINTIFF; Case No. C 04-4804 SI
pa-994793