IRA KERKER (SBN #143946)
VITACOST.COM
2055 High Ridge Road
Boynton Beach, FL 33426
Telephone: (561) 752-8888
Facsimile: (561) 752-8900

Attorneys for Defendant Vitacost.com, Inc.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| JUVENON, INC., a California Corporation,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>VITACOST.COM, INC., a Delaware Corporation,<br><br>　　　　　Defendant | Case No.: C 04-4804 SI<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL AND [PROPOSED] ORDER** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

　　NOTICE IS GIVEN that Defendant VITACOST.COM, INC. hereby substitutes Ira Kerker, General Counsel for Defendant, Vitacost.com, Inc., 2055 High Ridge Road, Boynton Beach, FL 33426, telephone (561) 752-8888 as its counsel in place of MBV LAW LLP and has authorized Ira Kerker to appear and act as counsel of record for VITACOST.COM, INC.

WE CONSENT TO SUBSTITUTION:

Dated: March 24, 2005                    VITACOST.COM, INC.


                                    By: _____

                                        Wayne Gorsek, CEO


FORMER COUNSEL CONSENTS TO SUBSTITION:

Dated: March 24, 2005                         MBV LAW LLP


                                    By: _____

                                        David Alexander


NEW COUNSEL CONSENTS TO SUBSTITUTION:

Dated: March 24, 2005                    VITACOST.COM, INC.


                                    By: _____

                                        Ira Kerker, General Counsel


                        **[PROPOSED] ORDER**

     This substitution is hereby approved. IT IS SO ORDERED.


Dated: _____           _____

                           IT IS SO ORDERED
                           Susan Illston
                           Judge Susan Illston
                           UNITED STATES DISTRICT COURT
                           NORTHERN DISTRICT OF CALIFORNIA

Substitution of Counsel - 2