IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUVENON,<br>             Plaintiff,<br>v.<br>VITACOST,<br>             Defendant.      / | No. C 04-4804 SI<br><br>**PRETRIAL PREPARATION ORDER** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: September 30, 3005 at 2:30 p.m..
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN:  Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is November 18, 2005.

DESIGNATION OF EXPERTS: 10/14/05; Rebuttal: 10/28/05.
        Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is November 18, 2005.

DISPOSITIVE MOTIONS **SHALL** be filed by November 28, 2005;

        Opp. Due December 2, 2005;  Reply Due December 16, 2005;

         and set for hearing no later than January 13, 2006 at 9:00 AM.

PRETRIAL CONFERENCE DATE: February 21, 2006 at 3:30 PM.

JURY TRIAL DATE: March 6, 2006  at 8:30 AM.,
        Courtroom 4, 17th floor.

TRIAL LENGTH is estimated to be ___ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
This case shall be referred to a magistrate-judge for settlement purposes.  The settlement conference shall occur during the week of September 19, 2005.

By July 29, 2005, the parties shall exchange all confidential documents and defendant shall provide it's initial disclosures and privilege log.

The parties have agreed that all documents shall be served by overnight delivery.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions.  Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 7/19/05                                                                   S/William Alsup for
                                                                                            SUSAN ILLSTON
                                                                                            United States District Judge