UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JUVENON, INC., a California corporation,<br><br>and<br><br>THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, a California public corporation,<br><br>Plaintiffs,<br><br>v.<br><br>VITACOST.COM, INC., a Delaware corporation,<br><br>Defendant. | Case No.   C04 4804 SI<br><br>**[PROPOSED] ORDER MOVING OPPOSITION DEADLINE FOR DISPOSITIVE MOTIONS TO DECEMBER 9, 2005** |

Pursuant to the Stipulation entered into by the parties, **IT IS HEREBY ORDERED** that the Opposition deadline for dispositive motions is hereby rescheduled to December 9, 2005. Reply briefs will remain due on December 16, 2005, and the hearing will remain set for January 13, 2006 at 9:00 a.m.

Dated: 7/22/05 _____, 2005

s/Martin Jenkins
for _____
Honorable Susan Illston
United States District Court Judge