UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JUVENON, INC.,

    Plaintiff,

v.

VITACOST.COM, INC.,

    Defendant.
_____/

No. C-04-04804 SI (EDL)

NOTICE OF RESCHEDULED
SETTLEMENT CONFERENCE

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that the conference scheduled for September 22, 2005 in Courtroom E, 15th Floor, 450 Golden Gate Avenue, San Francisco, California has been rescheduled for **September 16, 2005** at 9:00 a.m.

On or before **September 9, 2005** the parties shall deliver directly to the Magistrate Judge a Confidential Settlement Conference Statement which shall not be filed with the Clerk of Court or served upon the parties. All other provisions of the Court's prior Notice of Settlement Conference and Settlement Conference Order remain in effect.

The parties shall notify Magistrate Judge Laporte's chambers immediately if this case settles prior to the date set for settlement conference.

Dated: August 11, 2005

                                                   *Elizabeth D. Laporte*
                                                ELIZABETH D. LAPORTE
                                                United States Magistrate Judge