UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JUVENON, INC. a California Corporation,<br><br>and<br><br>THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, a California public corporation,<br><br>            Plaintiffs,<br><br>   v.<br><br>VITACOST.COM, INC., a Delaware Corporation,<br><br>            Defendant. | Case No.   C04 4804 SI<br><br>**[PROPOSED] ORDER REGARDING SCHEDULING AND STAYING THIS ACTION**<br><br>Courtroom: 10, 19th Floor |

Pursuant to the stipulation entered into by the parties filed September 27, 2005, **IT IS HEREBY ORDERED** that:

    1.    All proceedings in this action shall be stayed for six months from the date of entry of this Order.

    2.    All dates currently set and calendared in this action, including the March 6, 2006 trial date, are hereby vacated.

[PROPOSED] ORDER REGARDING SCHEDULING AND STAYING THIS ACTION; CASE C04-4804 SI     1

pa-1011145

1  3. Vitacost.com, Inc.'s responses to Juvenon's Second Set of Interrogatories and
2 Second Set of Requests for Production of Documents shall be due thirty days after termination of
3 this stay.
4  4. Upon termination of this stay, this action shall revert to its status as of the date of
5 entry of this stay, and dates shall be re-calendared at a Case Management Conference to be held
6 ~~at the earliest possible date following termination of the stay.~~
7 March 24, 2006, at 2:30 p.m.
8 **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

10 Dated: _____   _____
11                                  Honorable Susan Illston
                                     United States District Court Judge



[PROPOSED] ORDER REGARDING SCHEDULING AND STAYING THIS ACTION; CASE C04-4804 SI   2
pa-1011145