UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JUVENON, INC. a California Corporation,<br><br>and<br><br>THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, a California public corporation,<br><br>Plaintiffs,<br><br>v.<br><br>VITACOST.COM, INC., a Delaware Corporation,<br><br>Defendant. | Case No.   C04 4804 SI<br><br>**[PROPOSED] ORDER REGARDING STIPULATION FOR CONTINUED STAY AND REQUEST TO RESCHEDULE CASE MANAGEMENT CONFERENCE**<br><br>Courtroom: 10, 19th Floor |

    Pursuant to the stipulation entered into by the parties filed March 13, 2006, and good cause having been shown, **IT IS HEREBY ORDERED** that:

    1.    All proceedings in this action shall be stayed for an additional six months from the date of entry of this order.

    2.    Vitacost's responses to Juvenon's Second Set of Interrogatories and Second Set of Requests for Production of Documents shall be due thirty days after termination of this stay.

3. Upon termination of this stay, this action shall revert to its status as of the date of entry of this stay, and dates shall be re-calendared at a Case Management Conference to be held on September ~~25~~ 22, 2006.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____  _____
                                            Honorable Susan B. Illston
                                            United States District Court Judge

[PROPOSED] ORDER RE STIP FOR CONTINUED STAY AND REQUEST TO RESCHEDULE CMC; CASE C04-4804 SI    2
pa-1052186