UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JUVENON, INC., a California Corporation, and THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, a California public corporation,<br><br>Plaintiffs,<br><br>v.<br><br>VITACOST.COM, INC., a Delaware Corporation,<br><br>Defendant. | Case No. C 04-4804 SI<br><br>**[PROPOSED] ORDER REGARDING STIPULATION FOR CONTINUED STAY AND REQUEST TO RESCHEDULE CASE MANAGEMENT CONFERENCE**<br><br>Place: Courtroom 10, 19th Floor<br>Judge: The Honorable Susan Illston |
| VITACOST.COM, INC., a Delaware corporation<br><br>Plaintiff,<br><br>v.<br><br>JUVENON, INC., a California corporation, and ALLAN PRAGER, an Individual,<br><br>Defendant. | Related Case No. C 06-02308 SI |

[PROPOSED] ORDER RE STIP FOR REQUEST TO RESCHEDULE CMC CONTINUED STAY AND
Case No. C 04-4804 SI (Related to C 06-02308 SI)
pa-1091658

1

|   |   |
|---|---|
| 1 | Pursuant to the stipulation entered into by the parties filed September 1, 2006, and good |
| 2 | cause having been shown, IT IS HEREBY ORDERED that: |
| 3 | 1. The Case Management Conference currently scheduled for September 22, 2006 be |
| 4 | re-calendared for ~~October 27, 2006.~~ ~~November 2, 2006~~ November 3, 2006 |
| 5 | 2. All proceedings in Case No. C 04-4804 SI shall be stayed until the Case |
| 6 | Management Conference on October 27, 2006. |
| 7 | 3. All proceedings in the related case Vitacost.com, Inc. v. Juvenon, Inc., case |
| 8 | number CV 06-02308 SBA be stayed until the Case Management Conference on October 27, |
| 9 | 2006. |
| 10 | PURSUANT TO STIPULATION, IT IS SO ORDERED. |
| 11 | Dated: _____ |

By: _____[signature: Susan Illston]_____
Honorable Susan Illston
United States District Court Judge

[PROPOSED] ORDER RE STIP FOR CONTINUED STAY AND REQUEST TO RESCHEDULE CMC
Case No. C 04-4804 SI (Related to C 06-02308 SI)
pa-1091658

2