UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JUVENON, INC. a California Corporation, <br><br> and <br><br> THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, a California public corporation, <br><br>    Plaintiffs, <br><br>    v. <br><br> VITACOST.COM, INC., a Delaware Corporation, <br><br>    Defendant. | Case No.   C04 4804 SI <br><br> **[PROPOSED] ORDER REGARDING STIPULATION TO MOVE MOTION TO DISMISS HEARING DATE AND CASE MANAGEMENT CONFERENCE** <br><br> Courtroom: 10, 19th Floor |

Pursuant to the stipulation entered into by the parties filed February 22, 2007, and good cause having been shown, **IT IS HEREBY ORDERED** that:

1. The hearing on the Motion for Summary Judgment; Motion to Dismiss currently set for March 2, 2007 is recalendared for 9:00 a.m., April 13, 2007.

2. The Case Management Conference currently scheduled for March 2, 2007 is re-calendared for 2:30 p.m., April 13, 2007.

1  3. All proceedings in case no. C 04-4804 SI shall continue to be stayed until the Case
2  Management Conference on April 13, 2007.

4  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

6  Dated: _____  _____
7  Honorable Susan Illston
   United States District Court Judge