**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUVENON INC, | No. C 04-04804 SI |
| Plaintiff, | **ORDER OF ADMINISTRATIVE CLOSURE** |
| v. | |
| VITACOST.COM INC, | |
| Defendant. / | |

In accordance with this Court's order dated April 11, 2007, this action is ordered ADMINISTRATIVELY CLOSED, without prejudice to re-institution when/if the PTO proceedings are finalized and the relevant claims remain intact.

**IT IS SO ORDERED**.

Dated: August 6, 2007

SUSAN ILLSTON
United States District Judge